Jaime Aldape
LAW OFFICE OF JAIME ALDAPE
5511 IH10 West, #1
San Antonio, TX 78201
Attorneys for Plaintiff
Brigida Gonzales, on behalf of Benny Gonzales (decedent)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Brigida Gonzales, on behalf of Benny Gonzales (decedent),<br><br>    Plaintiffs,<br><br>    vs.<br><br>Pfizer, Inc., et al.<br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

CASE NO. 06-1874 CRB

    Come now the Plaintiff Brigida Gonzales, on behalf of Benny Gonzales (decedent) and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

    Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: September 29, 2006. | LAW OFFICE OF JAIME ALDAPE |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jaime Aldape<br>Attorneys for Plaintiff<br>Brigida Gonzales, on behalf Benny Gonzales (decedent) |
| 5 | | |
| 6 | DATED: September 1/, 2006. | GORDON & REES |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Stuart M. Gordon<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 29, 2006

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)